■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN STACY, Appellant. [666 NYS2d 866] —Judgment unanimously

affirmed. Counsel's application to withdraw granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Wesley, J.—Manslaughter, 1st Degree.) Present—Green, J. P., Lawton, Hayes, Callahan and Fallon, JJ.